## STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

# NOT DESIGNATED FOR PUBLICATION

Randy Paul Davis
N.P.D.C.
299 Edwina Drive
Natchitoches LA 71457

**REHEARING ACTION: April 29, 2015**

**Docket Number: 15    00087-KH**

**STATE OF LOUISIANA**
**VERSUS**
**RANDY PAUL DAVIS**

**Writ Application from Natchitoches Parish Case No. 14796, 22292-B, 14976**

**BEFORE JUDGES:**

   **Hon. Sylvia R. Cooks**
   **Hon. Marc T. Amy**
   **Hon. Shannon J. Gremillion**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Randy Paul Davis** has this day been

   **DENIED.**

cc: Van Hardin Kyzar, Counsel for the Respondent